**Order entered May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00442-CR

**ROCKY MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-01315-U**

## ORDER

The Court **GRANTS** appellant's May 14, 2014 motion to send a copy of portions of the clerk's record back to the district clerk and orders relief as follows.

We **ORDER** the Dallas County District Clerk to retrieve two exhibits consisting of original compact digital disks tendered to the Clerk of this Court as part of the supplemental clerk's record filed on April 28, 2014. The Dallas County District Clerk is **ORDERED** to make arrangements to copy the exhibits and retain the copies for its records. *See* TEX. R. APP. P. 34.5(g). The district clerk may use any reasonable manner and means to copy the exhibits including using the services and equipment of a court reporter, the Dallas County District Attorney, or appellant's counsel.

We further **ORDER** the Dallas County District Clerk to return the original exhibits to the Clerk of this Court within **THIRTY DAYS** of the date of this order.

We **EXTEND** the time for appellant to file his brief until **SIXTY DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE